**CHAPTER 13 PLAN COVER PAGE***
**Debtor:** Donnie Ray Jones and Rebecca Lynn Jones
**Case Number:** 15-31833
**Counsel to Debtor(s):** E. Orum Young

| | | | | |
|---|---|---|---|---|
| **I(A)** | **Monthly Plan Payment**<br>$220 | **Estimated Term**<br><br>36 months | **Direct Pay or Payroll Deduction**<br>Direct Pay | **Above/Below Median** (B22 C line 23)<br>_Below_<br>Marital Status: Married<br># of persons in Household: 2 |
| **I(B)** | **Additional Sums Debtor Shall Remit to Chapter 13 Trustee:** NONE<br>(50% pledge of any personal injury proceeds applies.) | | | |
| **II(A) (1)-(3)** | **Real Estate to Be Paid Directly by Debtor:** NONE<br><br>Is this the Debtor's primary residence?: NONE<br><br>**Total Secured Claims – Real Estate:** N/A<br>(II(B)(6)(a)) | **Creditors Satisfied by Surrender:**<br><br>NONE | **Other Direct Payment(s)**<br>(Except in unusual circumstances, only the current monthly mortgage payment may be paid directly):<br><br>NONE | |
| **II(B)(5)** | **Counsel Compensation:** | "NO LOOK FEE"[1]  $2,800.00<br>In accordance with the March 5, 2010 Order. the "No Look" fee is presumed to include advances for filing fees or other expenses made by debtor's counsel pre-confirmation. | | |
| | **Proposed Distribution to Unsecured Class:** | $1,512.44/ 5% | **Total of Unsecured Obligations on Schedule F:** $27,919.36 | |
| **II(B)(4)** | **Executory Contracts:**<br>(Rent-to-Own Contracts on furnishings, storage buildings, etc. are not favored.)<br>NONE | | Secured Movables §506 Applicable<br>NONE | |
| **II(B)(6)(b) Secured Movables** | Secured Movables §506 Inapplicable<br>$2,600/$2,600-Value/Claim<br>Citizens Progressive Bank<br>5.25% Int $2,815.56 | | | |
| **II(B)(7)** | **Domestic Support Obligation:** | | NONE | |
| **II(B)(8)** | **Unsecured Priority Tax Claim(s):** | NONE | | NONE |
| **II(B)(9)** | **Student Loan Obligations:** | NONE | | |

*Recommended use of the Cover Page is for the convenience of the Court and other parties at interest. In the event of a conflict between a Confirmed Plan and the Cover Sheet, the Plan shall control. Unless otherwise directed the Cover Sheet shall accompany only the Original Plan.